# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Nouhou Conde,

              Plaintiff,              19 **CIVIL** 8506 (NRB)

      -against-                  **JUDGMENT**

United States of America, United States Postal Service, and Jamal M. Abdus-Sabur,

              Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 13, 2021, the Government's motion for summary judgment is granted and the Government's motion to exclude the expert testimony of Dr. McMahon is granted.

**Dated:** New York, New York
       September 16, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                              Clerk of Court
                          **BY:**
                                              Deputy Clerk