```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NOUHOU CONDE,

                      Plaintiff,

         - against -                              ORDER

UNITED STATES OF AMERICA, UNITED STATES      19 Civ. 8506 (NRB)
POSTAL SERVICE, and JAMAL M. ABDUS-SABUR,

                      Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on September 12, 2019, plaintiff filed this complaint seeking to recover damages for personal injuries and $5,566.00 of property damage, ECF No. 1; and

**WHEREAS**, on February 18, 2021, defendants filed motions for summary judgment and to exclude the expert testimony of Dr. Mark McMahon, ECF No. 22; and

**WHEREAS**, on August 13, 2021, the Court entered a Memorandum and Order granting defendants' motion for summary judgment and motion to exclude Dr. McMahon's testimony, ECF No. 35, which ruling precluded plaintiff's recovery for personal injuries, id. at 12; and

**WHEREAS**, in footnote 18 of the August 13, 2021 Memorandum and Order, this Court instructed plaintiff to notify the Court within two weeks if he intended to pursue the property damage claim

1

alleged in the complaint, id. at 36-37; and

**WHEREAS**, plaintiff has not notified the Court of any intention to pursue the property damage claim; it is hereby

**ORDERED** that plaintiff's complaint is dismissed in its entirety with prejudice, and it is further

**ORDERED** that the Clerk of Court file an Amended Judgment consistent with this Order.


Dated:    New York, New York
          September 29, 2021

                                        _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE